UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23546-CIV-FAM

| | |
|---|---|
| FELIX ALEXANDER PEREZ SANCHEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ALL PROFESSIONAL CREW SERVICES INC. | ) ) ) ) |
| Defendant. | ) ) ) |

**JOINT NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE AS TO ALL PROFESSIONAL CREW SERVICES INC.**

COME NOW the Parties, by and through undersigned Counsel, under Rule 41 of the Federal Rules of Civil Procedure, and notice the Court that the Plaintiff voluntarily dismisses his claims against the remaining Defendant All Professional Crew Services Inc. with prejudice, brought in the above-captioned lawsuit.

This dismissal is based upon conferral between the below counsel for the said Parties. Each side shall bear their own respective fees and costs in this matter.

|  |  |
|---|---|
| _8/11/17_____ | s/  K. David Kelly |
| (Date) | (Plaintiff's Counsel) |
|  | Florida Bar No.: 0123870 |
|  |  |
| _8/11/17_____ | s/  Eddy O. Marban |
| (Date) | (Counsel for Defendant) |
|  | Florida Bar No.: 435960 |

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:__/s/_____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA EMAIL ON _8/11/17_ TO:**

**EDDY O. MARBAN, ESQ.**
**1600 PONCE DE LEON BLVD, STE 902**
**CORAL GABLES, FL 33134**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**