UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23546-CIV-MORENO

FELIX ALEXANDER PEREZ SANCHEZ,

    Plaintiff,

vs.

ALL PROFESSIONAL CREW SERVICES INC., and
JEMMY C. RODRIGUEZ,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Notice of Voluntary Dismissal with Prejudice (**D.E. 52**), filed on **August 11, 2017**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court retains jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___17___ of August 2017.

                                                      _____
                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record